IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JEROME L. GRIMES,                         No. C 15-80205M CW

        Plaintiff,

    v.

DUSTIN JOHNSON, et al.,

        Defendants.
_____/

JEROME L. GRIMES,                         No. C 15-80238M CW

        Plaintiff,                        ORDER RETURNING
                                          COMPLAINTS TO
    v.                                    PLAINTIFF

EDWARD KELLY, JR., et al.,

        Defendants.
_____/
```

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
>
> (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>
> (3) a court order for the defendants to be subjected to a lie detector test;
>
> (4) covert terrorism

1  it will not be filed unless it presents cognizable claims that are
2  not based on merely conclusory allegations.  Second, no other
3  complaints filed by Mr. Grimes while he is not incarcerated or
4  detained will be filed unless they contain intelligible factual
5  allegations and claims for relief."

6     The Court has reviewed the above-captioned complaints filed
7  by Mr. Grimes and finds that they shall not be filed because they
8  alleges that Defendants are engaged in covert terrorism.  In
9  addition, Case Number 15-80205 seeks a court order for Defendants
10 to be subjected to a lie detector test.  Mr. Grimes alleges no
11 cognizable causes of action in these complaints.  Moreover, the
12 complaints appears to be based on events that took place in
13 Florida and Louisiana.  Accordingly, it is not clear that this
14 Court is the appropriate venue for any claims arising out of these
15 events.

16     Because the above-captioned complaints concern matters
17 mentioned in the pre-filing order and present no cognizable cause
18 of action, the Clerk of the Court is ordered not to file them.
19 Instead, the complaints shall be returned to Mr. Grimes.

20     IT IS SO ORDERED.

22 Dated: October 28, 2015     CLAUDIA WILKEN
    United States District Judge

2